UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Amy Ginsburg, Esquire
GINSBURG LAW GROUP, P.C.
653 Skippack Pike
Suite 300-71
Blue Bell, PA 19422
aginsburg@ginsburglawgroup.com
(855) 978-6564

In Re:

MEGAN KING

Case No.:   24-17297

Judge:   Gravelle

Chapter:   13

Recommended Local Form:   ☒ Followed   ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____Megan King_____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on _____September 18, 2024_____.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.     If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: __8/23/2024__            _Megan King_ (DocuSigned by: /s/ Megan King, 7B27DB9C2F6A402...)
                                                                    Signature of Debtor

DATED: _____            _____
                                                                    Signature of Joint Debtor

new.5/23/06;jml