Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−17297−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Megan King
   713 Meadow Woods Ln
   Lawrence Twp, NJ 08648−4238

Social Security No.:
   xxx−xx−6559

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 1, 2024.

Dated: October 1, 2024
JAN: mjb

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                  Case No. 24-17297-CMG

Megan King                                                                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                   User: admin                                                     Page 1 of 3
Date Rcvd: Oct 01, 2024                       Form ID: plncf13                                              Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Megan King, 713 Meadow Woods Ln, Lawrence Twp, NJ 08648-4238 |
| 520338212 | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 520338215 | PNC Financial, Attn: Bankruptcy 300Fifth Ave, Pittsburgh, PA 15222 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 01 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 01 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520338206 | + Email/PDF: MarletteBKNotifications@resurgent.com | Oct 01 2024 21:15:15 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 520338207 | Email/Text: rm-bknotices@bridgecrest.com | Oct 01 2024 20:52:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 520341117 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 21:15:27 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520340811 | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 01 2024 20:50:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 520338208 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2024 21:15:22 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520365552 | + Email/PDF: ebn_ais@aisinfo.com | Oct 01 2024 21:04:57 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520338209 | + Email/Text: ebn@carepayment.com | Oct 01 2024 20:52:00 | Care Payment, PO Box 2398, Omaha, NE 68103-2398 |
| 520348536 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 21:04:49 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520338210 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2024 21:03:56 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520338211 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2024 21:04:00 | Citibankna, Citicorp Credit Srvs/Centralized BK Dept, PO Box 790034, St. Louis, MO 63179-0034 |
| 520343550 | Email/Text: mrdiscen@discover.com | Oct 01 2024 20:50:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520338213 | + Email/Text: mrdiscen@discover.com | Oct 01 2024 20:50:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520400261 | Email/Text: BNCnotices@dcmservices.com | Oct 01 2024 20:51:00 | Jefferson Health, PO Box 1123, Minneapolis, MN |

Case 24-17297-CMG    Doc 21    Filed 10/03/24    Entered 10/04/24 08:41:52    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2024 | Form ID: plncf13 | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 55440-1123 |
| 520395047 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 01 2024 21:15:20 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520338214 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 01 2024 21:15:28 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520394247 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 01 2024 20:51:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520387109 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2024 21:04:53 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520402344 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2024 21:04:20 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520338216 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 21:04:40 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520406425 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 01 2024 21:03:54 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520338217 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 21:04:24 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520338218 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 01 2024 21:15:23 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 520385042 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 01 2024 21:04:45 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520387110 | * | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520402345 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520402346 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2024 | Form ID: plncf13 | Total Noticed: 28 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Amy Lynn Bennecoff Ginsburg | on behalf of Debtor Megan King efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4