Certificate Number: 05781-NJ-DE-038840283

Bankruptcy Case Number: 24-17297



05781-NJ-DE-038840283

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 6, 2024, at 4:11 o'clock AM PDT, Megan King completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 6, 2024              By:   /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President