Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-17297 / MEH**

Megan King

Petition Filed Date: 07/23/2024
341 Hearing Date: 08/22/2024
Confirmation Date: 09/18/2024

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2024 | $943.00 | | 09/10/2024 | $943.00 | | 10/08/2024 | $942.00 | |
| 11/07/2024 | $942.00 | | 12/09/2024 | $942.00 | | | | |

**Total Receipts for the Period: $4,712.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,654.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Megan King | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Amy Lynn Bennecoff Ginsburg, Esq. »» ATTY DISCLOSURE | Attorney Fees | $2,075.00 | $2,075.00 | $0.00 |
| 1 | CITIZENS BANK NA | Unsecured Creditors | $8,940.22 | $0.00 | $8,940.22 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,697.65 | $0.00 | $5,697.65 |
| 3 | CARVANA, LLC »» 2019 NISSAN ROUGE SPORT | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. »» HSBC BANK NEVADA, NA | Unsecured Creditors | $3,104.97 | $0.00 | $3,104.97 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $6,963.63 | $0.00 | $6,963.63 |
| 6 | RESURGENT RECEIVABLES, LLC | Unsecured Creditors | $21,618.64 | $0.00 | $21,618.64 |
| 7 | Resurgent Capital Services | Unsecured Creditors | $45,598.60 | $0.00 | $45,598.60 |
| 8 | PNC BANK, NATIONAL ASSOCIATION | Unsecured Creditors | $4,870.50 | $0.00 | $4,870.50 |
| 9 | MIDFIRST BANK »» P/423 LAWRENCEVILLE RD/713 MEADOW WOODS/1ST MTG | Mortgage Arrears | $310.41 | $310.41 | $0.00 |
| 10 | JEFFERSON HEALTH | Unsecured Creditors | $1,215.13 | $0.00 | $1,215.13 |
| 11 | RESURGENT RECEIVABLES, LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,429.53 | $0.00 | $5,429.53 |
| 12 | RESURGENT RECEIVABLES, LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $4,089.75 | $0.00 | $4,089.75 |
| 13 | RESURGENT RECEIVABLES, LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $10,120.34 | $0.00 | $10,120.34 |
| 14 | SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT »» CARECREDIT | Unsecured Creditors | $4,943.83 | $0.00 | $4,943.83 |

**Chapter 13 Case No. 24-17297 / MEH**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/23/2025: | | | |
| Total Receipts: | $5,654.00 | Plan Balance: | $50,928.00 ** |
| Paid to Claims: | $2,385.41 | Current Monthly Payment: | $943.00 |
| Paid to Trustee: | $405.16 | Arrearages: | $4.00 |
| Funds on Hand: | $2,863.43 | Total Plan Base: | $56,582.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**



**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**