Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 24-17297 / MEH**

Megan King

Petition Filed Date: 07/23/2024
341 Hearing Date: 08/22/2024
Confirmation Date: 09/18/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | $942.00 | | 02/10/2025 | $942.00 | | 03/10/2025 | $942.00 | |
| 04/08/2025 | $942.00 | | 05/09/2025 | $942.00 | | 06/09/2025 | $942.00 | |
| 07/10/2025 | $942.00 | | 08/08/2025 | $942.00 | | 09/10/2025 | $942.00 | |
| 10/08/2025 | $942.00 | | 11/10/2025 | $942.00 | | 12/08/2025 | $942.00 | |
| 01/09/2026 | $942.00 | | 02/09/2026 | $942.00 | | | | |

**Total Receipts for the Period: $13,188.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $17,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Megan King | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Amy Lynn Bennecoff Ginsburg, Esq. | Attorney Fees<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 1 | CITIZENS BANK NA | Unsecured Creditors | $8,940.22 | $1,053.84 | $7,886.38 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,697.65 | $671.61 | $5,026.04 |
| 3 | CARVANA, LLC<br>»» 2019 NISSAN ROUGE SPORT | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A.<br>»» HSBC BANK NEVADA, NA | Unsecured Creditors | $3,104.97 | $366.00 | $2,738.97 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $6,963.63 | $820.85 | $6,142.78 |
| 6 | RESURGENT RECEIVABLES, LLC | Unsecured Creditors | $21,618.64 | $2,548.32 | $19,070.32 |
| 7 | Resurgent Capital Services | Unsecured Creditors | $45,598.60 | $5,374.99 | $40,223.61 |
| 8 | PNC BANK, NATIONAL ASSOCIATION | Unsecured Creditors | $4,870.50 | $574.12 | $4,296.38 |
| 9 | MIDFIRST BANK<br>»» P/423 LAWRENCEVILLE RD/713 MEADOW WOODS/1ST MTG | Mortgage Arrears | $310.41 | $310.41 | $0.00 |
| 10 | JEFFERSON HEALTH | Unsecured Creditors | $1,215.13 | $134.58 | $1,080.55 |
| 11 | RESURGENT RECEIVABLES, LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,429.53 | $640.01 | $4,789.52 |
| 12 | RESURGENT RECEIVABLES, LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $4,089.75 | $482.08 | $3,607.67 |
| 13 | RESURGENT RECEIVABLES, LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $10,120.34 | $1,192.94 | $8,927.40 |

**Chapter 13 Case No. 24-17297 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 14 | SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT<br>»» CARECREDIT | Unsecured Creditors | $4,943.83 | $582.76 | $4,361.07 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,900.00 | Plan Balance: | $38,682.00 ** |
| Paid to Claims: | $14,752.51 | Current Monthly Payment: | $943.00 |
| Paid to Trustee: | $1,394.25 | Arrearages: | $17.00 |
| Funds on Hand: | $1,753.24 | Total Plan Base: | $56,582.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**